UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE A. GULLEY,

       Plaintiff,

v.

OAKLAND COUNTY,

       Defendant.
_____/

Case No. 09-13391

Honorable John Corbett O'Meara

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter came before the court on plaintiff Joyce A. Gulley's motion for reconsideration of the court's order granting Defendant's motion for summary judgment. Pursuant to Local Rule 7.1(g)(2), no response was filed and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case the court finds no palpable defect. Petitioner has merely presented the same issues ruled upon by the court by reasonable implication. Therefore, it is hereby **ORDERED** that plaintiff Gulley's motion for reconsideration is **DENIED.**

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: April 19, 2011

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 19, 2011, using the ECF system.

                                                                    s/William Barkholz  
                                                                    Case Manager